IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | |
| v. : | Criminal No. 07-191 (RMU) |
| : | |
| TYRONE HAWKINS : | |

DEFENDANT'S MOTION TO DISMISS

Tyrone Hawkins, the Defendant, through undersigned counsel, respectfully moves the Court to dismiss the above captioned case. In support of this motion, counsel states the following:

1. On April 23, 2007, undersigned counsel subpoenaed records from the Court Offender Supervision Agency in the Superior Court of the District of Columbia in the case of United States v. Tyrone Hawkins, 2006 CF2 021407.

2. The defendant has obtained the documents from the Court Offender Supervision Agency. The subpoena is now moot.

CONCLUSION

WHEREFORE, based on the above, the Defendant respectfully requests that this Honorable Court dismiss the above captioned case.

Respectfully submitted,

_____/s/_____
Matthew F. Davies
Roberts & Wood
Suite 202
6801 Kenilworth Ave.
Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Motion to Dismiss has been served by mail, postage prepaid, on

Office of the United States Attorney
555 4th Street, NW
Washington, D.C. 20530


_____/s/_____
Matthew F. Davies

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | **Criminal No. 07-191 (RMU)** |
| | : | |
| **TYRONE HAWKINS** | : | |

### PROPOSED ORDER

Upon consideration of the Motion to Dismiss, good cause having been advanced, it is this

_____ day of _____, 2007, hereby

ORDERED that the above captioned case is DISMISSED.


cc:
Matthew F. Davies
Office of the United States Attorney