UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0191 (RMU) |
| ) | |
| TYRONE HAWKINS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| COURT SERVICES & ) | |
| SUPERVISION AGENCY FOR D.C., ) | |
| ) | |
| Movant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for the Movant, Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA"), in the above-captioned case.

Respectfully submitted,

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

Attorney for CSOSA

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice of Appearance was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>Matthew F. Davies
>Law Firm of Roberts & Wood
>6801 Kenilworth Ave.
>Ste. 202
>Riverdale, MD 20737

on this 22nd day of May, 2007.

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)