UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0191 (RMU) |
| ) | |
| TYRONE HAWKINS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| COURT SERVICES & ) | |
| SUPERVISION AGENCY FOR D.C., ) | |
| ) | |
| Movant. ) | |
| ) | |

## RESPONSE TO DEFENDANT'S MOTION TO DISMISS

The Movant, Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA") respectfully files this Response to Defendant's Motion to Dismiss. For the reasons set forth below, CSOSA agrees with Defendant's counsel that the dismissal of this action is appropriate:

1. On April 23, 2007, a subpoena was issued by the Superior Court of the District of Columbia in connection with a criminal matter now pending in that court. The subpoena directed CSOSA's custodian of records to appear on May 10, 2007 and to "bring . . . any and all records for [the Defendant] Tyrone Hawkins . . . including any and all visitation records and drug test results."

2. On May 9, 2007, CSOSA filed a Notice of Removal in this Court, pursuant to 28 U.S.C. §§ 1441, 1442(a), 1446, and <u>Brown and Williamson Tobacco Corp. v. Williams</u>, 62 F. 3d 408, 412-15 (D.C. Cir. 1995), removing this matter from the Superior Court to this Court.

3. On May 18, 2007, the undersigned counsel for Movant, Jonathan Brumer, learned that the Defendant had signed a consent form authorizing the disclosure of his records to his attorney, Matthew Davies.

4. On May 21, 2007, Mr. Brumer contacted counsel for Mr. Davies, and confirmed that he

had received the documents which are the subject of the subpoena, rendering this action, and any possible objection to CSOSA's response to the subpoena, moot.

WHEREFORE, based on the foregoing, the Movant respectfully submits that this action should be dismissed.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

Attorneys for CSOSA

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Response to Defendant's Motion to Dismiss was served upon Defendant's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>Matthew F. Davies
>Law Firm of Roberts & Wood
>6801 Kenilworth Ave.
>Ste. 202
>Riverdale, MD 20737

on this 22nd day of May, 2007.

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0191 (RMU) |
| ) | |
| TYRONE HAWKINS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| COURT SERVICES & ) | |
|  SUPERVISION AGENCY FOR D.C., ) | |
| ) | |
| Movant. ) | |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss, the Movant's Response thereto, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that Defendant's Motion to Dismiss be and hereby is granted; and it is

FURTHER ORDERED that this action is dismissed.

_____
RICARDO M. URBINA
United States District Court Judge

Copies of this order to:

Matthew F. Davies
Law Firm of Roberts & Wood
6801 Kenilworth Ave.
Ste. 202
Riverdale, MD 20737

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530